# GERALD L. SHARGEL

GERALD L. SHARGEL
ROSS M. KRAMER
EVAN L. LIPTON

LAW OFFICES

570 LEXINGTON AVE., 45TH FLOOR
NEW YORK, NEW YORK 10022
TEL: 212.446.2323
FAX: 212.446.2330
info@shargellaw.com

November 30, 2010

<u>By ECF</u>
Hon. Sandra L. Townes
United States District Court Judge
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>United States v. Thomas Petrizzo, et al</u>,
1:10-Cr-147 (SLT)

Dear Judge Townes:

    I write on behalf of Thomas Petrizzo to respectfully request that his personal appearance be excused from the status conference scheduled for December 1, 2010 at 11:00 a.m. On September 17, 2010, the Court granted Mr. Petrizzo permission to travel within the United States in connection with his work as a consultant for Atlantic LLC. Following the November 5 conference in front of Magistrate Judge Carter, Mr. Petrizzo traveled to Texas to begin work on a project for Atlantic. His Pretrial Services Officer was apprised of this trip.

    I spoke with Mr. Petrizzo this afternoon, and learned that he is still on the Texas job site. Unfortunately, he had failed to properly calendar the December 1 conference, and it is now too late in the day to schedule a flight to New York that would arrive in time. Mr. Petrizzo fully understands the necessity of attending all scheduled court appearances and both he and I assure the Court that such an oversight will not reoccur.

Respectfully yours,

Evan L. Lipton

cc: Amy Busa and Michael Tremonte (by email and ECF)
*Assistant United States Attorneys*

Melody Chan Bedford
*United States Pretrial Services Officer*