# GERALD L. SHARGEL

GERALD L. SHARGEL
ROSS M. KRAMER
EVAN L. LIPTON

LAW OFFICES

570 LEXINGTON AVE., 45TH FLOOR
NEW YORK, NEW YORK 10022
TEL: 212.446.2323
FAX: 212.446.2330
info@shargellaw.com

March 5, 2012

By ECF
Hon. Sandra L. Townes
United States District Court Judge
225 Cadman Plaza East
Brooklyn, New York 11201

                Re:    United States v. Thomas Petrizzo, et al,
                       1:10-Cr-147 (SLT) (S-3)

Dear Judge Townes:

      I write on behalf of Thomas Petrizzo to join in the defendants' opposition to the government's Motion for an Anonymous and Partially Sequestered Jury.

                                        Respectfully yours,

                                        Gerald L. Shargel

cc:    All counsel

        (by ECF)