Christopher E. Chang     CEC 3271
Law Offices of Christopher E. Chang
140 Broadway, 46th Floor
New York, New York 10005
(212) 208-1470
e-mail: cechang@juno.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

       -against-     **Cr. No. 10-147 (S-4) (SLT)**

THOMAS PETRIZZO, *et al.*,

       Defendants.
-----------------------------------------------------------x

### DECLARATION BY CHRISTOPHER E. CHANG, ESQ. IN OPPOSITION TO MOTION BY DEFENDANT THOMAS PETRIZZO TO QUASH A SUBPOENA *DUCES TECUM* DATED MARCH 2, 2012

Christopher E. Chang, Esq. hereby declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney at law duly admitted to practice before this Court. I am one of the attorneys representing defendant Michael Sciaretta in the above-entitled action. I submit this declaration in opposition to the motion by defendant Thomas Petrizzo ("Petrizzo") to quash a subpoena *duces tecum* dated March 2, 2012 issued to TD Bank.

2. Annexed hereto as **Exhibit "A"** are copies of 23 pages of a prior Rule 16 document production by the government as follows:

        DX 61-000029351
        DX 61-000029348
        DX 61-000029512
        DX 61-000029355-000029368
        DX 61-000029487-0000491
        DX 61-0000493.

3. Annexed hereto as **Exhibit "B"** are copies of 7 pages of a prior Rule 16 document production by the government as follows:

> DX 61-000029350
> DX 61-000029349
> DX 61-000029512
> DX 000029352-000029354
> DX-61-000029492.

4. For the reasons set forth in our accompanying memorandum, it is respectfully requested that Petrizzo's motion to quash be denied.

The foregoing declaration is made pursuant to 28 U.S.C. § 1746. I declare under the penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
March 29, 2012

_____
Christopher E. Chang